U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 25 2016

TONY R. MOORE, CLERK
BY: _____
   DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSE LUIS MORENO,<br>Petitioner | CIVIL ACTION NO. 1:16-CV-510;<br>SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| J.A. BARNHART,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby **DENIED AND DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED at Alexandria, Louisiana, this 25th day of July, 2016.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE